UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRAMMATIKI E. TSATSANI,

    Plaintiff,

-against-

WALMART, INC., et al.,

    Defendants.

19-CV-9063 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On November 27, 2019, defendants filed a motion to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(6). (Dkt. No. 13.) Because the motion is supported by, *inter alia*, the declaration of attorney David Kim (Dkt. No. 15), attaching plaintiff's Notice of Resignation dated September 3, 2018, defendants must promptly serve plaintiff with a Notice to Pro Se Litigant Who Opposes a Rule 12 Motion Supported by Matters Outside the Pleadings, as required by Local Civil Rule 12.1, and file proof of such service on ECF.

Plaintiff's opposition papers shall be served and filed no later than **January 8, 2020**. Defendants' reply papers shall be served and filed no later than **January 22, 2020**.

The Clerk of Court is respectfully directed to mail a copy of this Order to the plaintiff.

Dated: New York, New York
      December 2, 2019

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**