**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
GRAMMATIKI E. TSATSANI,

                      Plaintiff,

       -against-                             19 **CIVIL** 9063 (PAE) (BCM)

## **JUDGMENT**

WALMART, INC., and JOSHUA STRUDL,

                      Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 13, 2020, the Court Grants defendants' motion to dismiss in its entirety, and dismisses this action with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York
           November 13, 2020

                                                      **RUBY J. KRAJICK**
                                                  _____
                                                       Clerk of Court
                              **BY:**
                                                       _____
                                                       Deputy Clerk